```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 07-2861-SNOW
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANIA GUEVARA LOPEZ,

    Material Witness.

_____

## **O R D E R**

THIS CAUSE is before the Court on Material Witness Ania Guevara Lopez' Motion for Permission to Change Address. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Material Witness may reside with her parents, Pedro Guevara and Maria Cristina Lopez, at the address provided in the motion.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of September, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

SAUSA Don Brown (MIA)
Manny Gonzalez, Esq.